CRAIG *ads.* SCOTT and OTHERS.

MOTION to quash a writ of error. The grounds relied on are, 1. That it is prosecuted for delay; 2. That it is sued out without the privity and consent of one of the plaintiffs in error, all not having joined in the recognizance; and 3. That one of the bail in error is an attorney and counsellor of this court.

*Plaintiff,* in pro. per.

*J. Anthon,* contra.

*By the Court,* SAVAGE, C. J. The court will not inquire in an ordinary case, whether the writ of error is prosecuted for delay; it is a writ of right to which the party is entitled, and the court are averse to impose restrictions upon its prosecution. It is not necessary that all the defendants in the judgment should join in a recognizance on the bringing of a writ of error, one of several defendants having the right to bring error. (*Tidd's Pr.* 1053.) It would have been a good exception to one of the bail, that he is an attorney or counsellor of this court, but it cannot now be urged in support of this motion.

Motion denied with costs.

*In error. The court, ordinarily, will not inquire whether a writ of error is prosecuted for delay. All the defendants need not join in the recognizance. It is a good exception to bail that the person offered is an attorney or counsellor, but it cannot be urged as a ground for quashing a writ of error.*